```
 1  PAUL HARRIS (SBN 45302)
    PATRICK ROMERO GUILLORY (SBN 91870)
 2  503 Dolores Street, Second Floor
    San Francisco, CA 94110
 3  Telephone:  (415) 285-1882
    Facsimile:  (415) 285-1080
 4
    Bingham McCutchen LLP
 5  J. LEAH CASTELLA (SBN 205990)
    MELISSA BROWN (SBN 203307)
 6  A. ROBERT RHOAN, JR. (SBN 231949)
    Three Embarcadero Center
 7  San Francisco, CA  94111-4067
    Telephone:  (415) 393-2000
 8  Facsimile:  (415) 393-2286

 9  Attorneys for Petitioners
    Roselind Quair & Charlotte Berna
10
    VAL W. SALDANA (SBN 78004)
11  LAURIE L. QUIGLEY (SBN 155543)
    KIRSTEN O. ZUMWALT (SBN 227997)
12  Lang, Richert & Patch PC
    P. O. Box 40012
13  Fresno, CA 93755-0015
    Telephone:  (559) 228-6700
14  Facsimile:  (559) 228-6727

15  Attorneys for Respondents
    Clarence Atwell, Jr., et al.
16
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSELIND QUAIR & CHARLOTTE BERNA, | No. 1: 02 CV 5891 REC DLB |
| Petitioners, | **STIPULATION AND ORDER TO CONTINUE PETITIONERS' MOTION FOR A PROTECTIVE ORDER AND RESPONDENTS' MOTION TO COMPEL AND MODIFY THE SCHEDULING ORDER** |
| v. | |
| CLARENCE ATWELL, JR., ELMER THOMAS, KEVIN THOMAS, DENA BAGA, ELAINE JEFF, and PATRICIA DAVIS, and DOES 1 to 50, | |
| Respondents. | Judge:   Hon. Dennis L. Beck |

Case No. CV F 02 5891 REC DLB

STIPULATION AND [PROPOSED] ORDER TO CONTINUE PETITIONERS' MOTION FOR A
PROTECTIVE ORDER AND RESPONDENTS' MOTION TO COMPEL AND MODIFY THE SCHEDULING
ORDER

SF/21630404.5

1  Petitioners Rosalind Quair and Charlotte Berna (collectively "Petitioners"), and
2  Respondents Clarence Atwell, Jr., Elmer Thomas, Kevin Thomas, Dena Baga, Elaine Jeff,
3  Patricia Davis (collectively "Respondents"), by and through their respective counsel, hereby
4  agree and stipulate as follows, and respectfully request the Court enter the following Stipulation
5  as an Order:

6  **STIPULATION**

7  WHEREAS, the parties attended a hearing before the Honorable Dennis L. Beck
8  on August 5, 2005 in the U.S. District Court for the Eastern District of California, at which the
9  Court addressed Petitioners' Motion for a Protective Order and Respondents' Motion to Compel;
10 WHEREAS, the Court continued the hearings on both Petitioners' Motion for a
11 Protective Order and Respondents' Motion to Compel;
12 WHEREAS, the parties agreed to allow Petitioners three weeks to gather
13 additional evidence and such evidence will be provided to Outside Counsel for Respondents
14 pursuant to an Outside Attorneys Eyes Only Protective Order and to the Court under seal on or
15 before August 26, 2005;
16 WHEREAS, this evidence will be made available solely to the Court and
17 Respondents' counsel at the law firm of Lang, Richert & Patch;
18 WHEREAS, after the evidence is provided, the parties agree to meet and confer
19 on or before September 12, 2005 to determine if additional investigation is necessary, and to
20 submit any unresolved issues to the Court for resolution, if necessary;
21 WHEREAS, if further Court intervention is required, the parties agree to file a
22 joint statement on September 27, 2005 for a continued hearing before Hon. Dennis L. Beck on
23 September 30, 2005;
24 THEREFORE, the parties agree to continue the trial date to June 5, 2006, in order
25 to accommodate any additional briefing that may be necessary with respect to the Motion for a
26 Protective Order and to allow sufficient time for the parties to file Motions for Summary

2                                                         Case No. CV F 02 5891 REC DLB
STIPULATION AND [PROPOSED] ORDER TO CONTINUE PETITIONERS' MOTION FOR A
PROTECTIVE ORDER AND RESPONDENTS' MOTION TO COMPEL AND MODIFY THE SCHEDULING
ORDER

SF/21630404.5

Judgment. Accordingly, the parties to this action, through their respective attorneys of record, agreed to a modification of the scheduling order as follows:

| Event | Prior Date | Modified Date |
| --- | --- | --- |
| Last day for filing dispositive motions | August 26, 2005 | December 15, 2005 |
| Last day to file oppositions to dispositive motions | October 12, 2005 | January 26, 2006 |
| Last day to file reply in support of dispositive motions | November 1, 2005 | February 16, 2005 |
| Last day to hear dispositive motions | December 2, 2005 | March 20, 2006 |
| Pre-Trial Conference | January 4, 2006 | April 21, 2006 |
| Hearing on Petitioners' Petition | March 13, 2006 | June 5, 2006 |

| | |
|---|---|
| 1 | It is hereby, AGREED. |
| 2 | DATED: August __, 2005 |

Bingham McCutchen LLP

By:/s/ Melissa K. Brown<br>Melissa K. Brown<br>Attorneys for Petitioners<br>ROSELIND QUAIR & CHARLOTTE BERNA

LANG, RICHERT, & PATCH

By:/s/ Laurie L. Quigley<br>Laurie L. Quigley<br>Attorneys for Respondents<br>CLARENCE ATWELL, JR., ELMER THOMAS, KEVIN THOMAS, DENA BAGA, ELAINE JEFF, AND PATRICIA DAVIS

**IT IS SO ORDERED:**

DATED: August 15, 2005.

By:     /s/ Dennis L. Beck<br>Hon. Dennis L. Beck<br>Chief Magistrate Judge<br>United States District Court, Eastern District of California

4   Case No. CV F 02 5891 REC DLB

STIPULATION AND [PROPOSED] ORDER TO CONTINUE PETITIONERS' MOTION FOR A PROTECTIVE ORDER AND RESPONDENTS' MOTION TO COMPEL AND MODIFY THE SCHEDULING ORDER

SF/21630404.5