| | |
|---|---|
| 1 | PAUL HARRIS (SBN 45302) |
|   | PATRICK ROMERO GUILLORY (SBN 91870) |
| 2 | 503 Dolores Street, Second Floor |
|   | San Francisco, CA 94110 |
| 3 | Telephone: (415) 285-1882 |
|   | Facsimile: (415) 285-1080 |
| 4 | |
|   | Bingham McCutchen LLP |
| 5 | J. LEAH CASTELLA (SBN 205990) |
|   | MELISSA BROWN (SBN 203307) |
| 6 | A. ROBERT RHOAN, JR. (SBN 231949) |
|   | Three Embarcadero Center |
| 7 | San Francisco, CA 94111-4067 |
|   | Telephone: (415) 393-2000 |
| 8 | Facsimile: (415) 393-2286 |
| 9 | Attorneys for Petitioners |
|   | Roselind Quair & Charlotte Berna |
| 10 | |
|   | VAL W. SALDANA (SBN 78004) |
| 11 | LAURIE L. QUIGLEY (SBN 155543) |
|   | KIRSTEN O. ZUMWALT (SBN 227997) |
| 12 | Lang, Richert & Patch PC |
|   | P. O. Box 40012 |
| 13 | Fresno, CA 93755-0015 |
|   | Telephone: (559) 228-6700 |
| 14 | Facsimile: (559) 228-6727 |
| 15 | Attorneys for Respondents |
|   | Clarence Atwell, Jr., et al. |
| 16 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 20 | ROSELIND QUAIR & CHARLOTTE BERNA, | No. 1: 02 CV 5891 REC DLB |
| 21 | Petitioners, | **STIPULATION AND ORDER TO MODIFY THE SCHEDULING ORDER** |
| 22 | v. | |
| 23 | CLARENCE ATWELL, JR., ELMER THOMAS, KEVIN THOMAS, DENA BAGA, ELAINE JEFF, and PATRICIA DAVIS, and DOES 1 to 50, | Judge:   Hon. Dennis L. Beck |
| 25 | Respondents. | |

Case No. CV F 02 5891 REC DLB

STIPULATION AND [PROPOSED] ORDER TO MODIFY THE SCHEDULING ORDER

SF/21631898.1

1  Petitioners Rosalind Quair and Charlotte Berna (collectively "Petitioners"), and
2  Respondents Clarence Atwell, Jr., Elmer Thomas, Kevin Thomas, Dena Baga, Elaine Jeff,
3  Patricia Davis (collectively "Respondents"), by and through their respective counsel, hereby
4  agree and stipulate as follows, and respectfully request the Court enter the following Stipulation
5  as an Order:

## **STIPULATION**

7  WHEREAS, on August 5, 2005 the Court granted Petitioners a continuance of
8  their Motion for a Protective Order in order to provide additional evidence in support thereof;

10  WHEREAS, the parties submitted a Stipulation and Proposed Order to Continue
11  Petitioners' Motion for Protective Order And Respondents' Motion to Compel And Modify The
12  Scheduling Order ("Scheduling Order") to modify the schedule in this action with respect to
13  dispositive motions, the trial date, and Petitioners' Motion for Protective Order, and said order
14  was entered on August 15, 2005;

15  WHEREAS, pursuant to the Scheduling Order, Petitioners were to submit
16  additional evidence in support of their Motion for Protective Order on August 26, 2005;

18  WHEREAS, Petitioners seek to move the time to provide additional evidence in
19  support of their Motion for Protective Order from August 26, 2005 to September 1, 2005 due to
20  illness and scheduling conflicts, and notified counsel for Respondents of this intent in writing on
21  August 16, 2005;

22  WHEREAS, Petitioners do not seek to make any other changes to the Scheduling
23  Order as a result of this request;

25  WHEREAS, counsel for Petitioners agreed to make such arrangements as to cause
26  delivery of any such evidence by September 2, 2005 to the offices of Lang, Richert & Patch;

1       WHEREAS, Respondents do not object to the above-described extension;

2       THEREFORE, the parties agree to allow Petitioners to submit additional evidence

3 in support of their Motion for Protective Order on September 1, 2005.  Accordingly, Petitioners,

4 through their attorneys of record, respectfully request that the Court modify the Scheduling

5 Order as described above.

6       It is hereby, AGREED.

7       //

8       //

9       //

10       //

11       //

12       //

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1
2  DATED: August __, 2005
3
4                                    Bingham McCutchen LLP
5
6                                    By:_____
7                                           Melissa K. Brown
                                            Attorneys for Petitioners
8                                      ROSELIND QUAIR & CHARLOTTE BERNA
9
10 LANG, RICHERT, & PATCH
11
12
13                                   By:_____
                                            Laurie L. Quigley
14                                          Attorneys for Respondents
                                       CLARENCE ATWELL, JR., ELMER
15                                     THOMAS, KEVIN THOMAS, DENA
                                         BAGA, ELAINE JEFF, AND
16                                           PATRICIA DAVIS

17 **IT IS SO ORDERED:**

18 DATED:  August 23, 2005.
19
20                                        /s/ Dennis L. Beck
                                     _____
21                                       Hon. Dennis L. Beck
                                         Chief Magistrate Judge
22                                   United States District Court, Eastern District
                                              of California
23
24
25
26