1   PAUL HARRIS (SBN 45302)
PATRICK ROMERO GUILLORY (SBN 91870)
2   503 Dolores Street, 2nd Floor
San Francisco, CA 94110
3   Telephone:  (415) 863-1530
Facsimile:  (415) 393-2286
4
Bingham McCutchen LLP
5   NORA C. CREGAN (SBN 157263)
J. LEAH CASTELLA (SBN 205990)
6   Three Embarcadero Center
San Francisco, CA  94111-4067
7   Telephone:  (415) 393-2000
Facsimile:  (415) 393-2286
8
Attorneys for Plaintiffs
9   CHARLOTTE BERNA & ROSELIND QUAIR

10   Lang, Richert & Patch PC
VAL SALDANA (SBN)
11   KIRSTEN O. ZUMWALT (SBN 227997)
5200 North Palm Avenue, 4th Floor
12   Fresno, CA 93704
Telephone:  (559) 228-6700
13   Facsimile:  (559) 228-6727

14   Attorneys for Defendants
MIKE SISCO, et al.
15

16
UNITED STATES DISTRICT COURT
17
EASTERN DISTRICT OF CALIFORNIA
18

19
ROSELIND QUAIR & CHARLOTTE BERNA,                 No. 1: 02 CV 5891 REC DLB and
20
                     Petitioners,                                 1: 02 CV 5892 REC DLB
21
            v.                                                    **ORDER SHORTENING TIME**
22
CLARENCE ATWELL, JR., ELMER THOMAS,
23   KEVIN THOMAS, DENA BAGA, ELAINE
JEFF, PATRICIA DAVIS, and DOES 1 to 50,
24
                     Respondents.
25

26

Case No. CV F 02 5891 REC DLB

[PROPOSED] ORDER SHORTENING TIME

1   After full consideration of this stipulated application and finding good cause, IT

2   IS HEREBY ORDERED AND ADJUDGED that:

3
4        1.    Respondents' Reply to Petitioners' Response to Respondents' Motion to

            Modify Scheduling Order will be filed no later than Wednesday,

5
            November 16, 2005.

6

7        2.    Respondents' Motion to Modify Scheduling Order, filed on November 8,

8               2005, will be heard on Friday, November 18, 2005, at 9:00 a.m.

9       IT IS SO ORDERED.

10  DATED:  November 14, 2005                  /s/ /Dennis L. Beck
                                        The Honorable Dennis L. Beck

11                                           Chief Magistrate Judge
                         United States District Court, Eastern District of

12                                           California

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2                Case No. CV F 02 5891 REC DLB