1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10
ROSELIND QUAIR, et al.,
11
              Plaintiffs,                    REASSIGNMENT ORDER
12
     v.                                      Civ. F-02-5891-AWI-DLB
13
CLARENCE ATWELL, JR., et al.,
14
              Defendants.
15    _____/

16      Good cause appearing, and according to Local Rule,

17 Appendix A(f)(1), this case has been reassigned to Judge David

18 F. Levi for all further proceedings.

19      Henceforth, the parties shall please take note that all

20 documents in this reassigned case hereafter filed with the

21 Clerk of the Court shall bear case number Civ. F-02-5891-DFL.

22 ///

23 ///

24 ///

25 ///

26 ///

1      IT IS FURTHER ORDERED that all dates presently set before

2   Judge Anthony W. Ishii be vacated from his calendar.

3

4

5      Having reviewed the file, I accept assignment of this

6   case for all further proceedings.

7

8   DATED:  June 6, 2006

9

10

11  _____

    DAVID F. LEVI

12  Chief United States District Judge

13

14  IT IS SO ORDERED.

15  **Dated:    June 6, 2006        _____/s/ Anthony W. Ishii_____**

16  0m8i78                          UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26