IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSELIND QUAIR and CHARLOTTE BERNA,<br><br>          Plaintiffs,<br><br>    vs.<br><br>TONY ALANIS, et al,<br><br>          Defendants.<br>_____ / | CASE NO. CV F 02-5891 LJO DLB<br><br>**ORDER VACATING STATUS CONFERENCE, and SETTING SCHEDULING CONFERENCE** |

On the basis of good cause, this Court hereby ORDERS:

I. The status conference currently set for July 25, 2007 is VACATED;

II. **A scheduling conference is SET for September 13, 2007 at 8:30 a.m. in Courtroom 4 (LJO)**. Counsel may appear telephonically by arranging a one-line call and dialing (559) 499-5680; and

III. A Joint Scheduling Conference Report is DUE no later than August 31, 2007. Counsel should also submit a copy of the Joint Scheduling Report to ljoorders@caed.uscourts.gov in WordPerfect or Word format.

IT IS SO ORDERED.

**Dated:    July 13, 2007**                         /s/ Lawrence J. O'Neill

1

1  UNITED STATES DISTRICT JUDGE
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28