PAUL HARRIS (SBN 45302)
PATRICK ROMERO GUILLORY (SBN 91870)
503 Dolores Street, Second Floor
San Francisco, CA 94110
Telephone: (415) 285-1882
Facsimile: (415) 285-1080

FILED
NOV 0 5 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

Attorneys for Petitioners,
ROSELIND QUAIR, CHARLOTTE BERNA

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSELIND QUAIR, CHARLOTTE BERNA,<br><br>Petitioners,<br><br>v.<br><br>MIKE SISCO, et al.,<br><br>Respondents. | Case No. 1:02-cv-5891 LJO DLB<br><br>(Consolidated)<br><br>STIPULATION AND ORDER TO DISMISS CONSOLIDATED CASES |

IT IS STIPULATED by and between Petitioners and Respondents that the above-referenced matter be dismissed with prejudice and that Petitioners hereby acknowledge and agree that there shall be no right to appeal any orders or decisions previously issued or rendered in these proceedings prior to the date of this dismissal.

Petitioners further acknowledge and agree that they are represented by independent counsel with whom they have consulted and have been advised of their rights both under statute, common law and the U. S. Constitution and have conducted whatever investigation Petitioners deemed necessary, either directly or through their counsel for the purposes of entering this stipulation.

Petitioners further acknowledge and agree that they have not relied upon any representations, statements or other communications and have been duly advised by their independent counsel of any and all rights and waivers which may result from the filing of this stipulation for dismissal and that said Petitioners have duly authorized their counsel to execute this dismissal, with prejudice, knowingly and voluntarily.

Dated: 10/26/07

_____
PAUL HARRIS

Dated: 10/26/07

_____
PATRICK ROMERO GUILLORY

Dated: _____

_____
DANIEL F. DECKER

Dated: _____

_____
VAL W. SALDAÑA

IT IS SO ORDERED.

Dated: _____

_____
HONORABLE LAWRENCE J. O'NEILL

Petitioners further acknowledge and agree that they have not relied upon any representations, statements or other communications and have been duly advised by their independent counsel of any and all rights and waivers which may result from the filing of this stipulation for dismissal and that said Petitioners have duly authorized their counsel to execute this dismissal, with prejudice, knowingly and voluntarily.

Dated: _____

PAUL HARRIS

Dated: _____

PATRICK ROMERO GUILLORY

Dated: *Oct. 31, 2007*

DANIEL F. DECKER

Dated: *October 31, 2007*

VAL W. SALDANA

IT IS SO ORDERED.

Dated: Nov 5, 2007

HONORABLE LAWRENCE J. O'NEILL